BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE LYYN GORDON )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE )<br>Commissioner of Social Security )<br>of the United States of America, )<br>)<br>Defendant. )<br>)<br>) | CASE NO.  CIV-10-1198 GGH<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 9, 2010 to January 25, 2011.  This additional extension is required due to Plaintiff's counsel's failure to re calendar Ms. Gordon's summary judgment motion.   *See*, Declaration of Bess M. Brewer set forth below.

Dated: January 4, 2011                    */s/Bess M. Brewer*
                                          BESS M. BREWER
                                          Attorney at Law

                                          Attorney for Plaintiff

1

| | |
|---|---|
| Dated: January 5, 2011 | Benjamin B. Wagner |
| | United States Attorney |
| | */s/Shea Bond* |
| | SHEA BOND |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: January 13, 2011          /s/ Gregory G. Hollows
                                 _____
                                 GREGORY G. HOLLOWS
                                 U.S. MAGISTRATE JUDGE