IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BONNIE LYNN GORDON,

     Plaintiff,                    No. CIV S-10-1198 GGH

     vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

     Defendants.             <u>ORDER TO SHOW CAUSE</u>

_____/

       On January 14, 2011, plaintiff was granted an extension of time until January 25, 2011, to file her motion for summary judgment. To date, the summary judgment has not been filed.

       ACCORDINGLY, plaintiff is ordered to show cause in writing within fourteen days of the filed date of this order why this case should not be dismissed for lack of prosecution. Failure to <u>timely</u> file the required writing will result in a recommendation that the case be dismissed.

DATED: April 11, 2011                    /s/ Gregory G. Hollows

                                              UNITED STATES MAGISTRATE JUDGE

GGH:035 - gordon.osc