```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    SHEA LITA BOND, SBN D.C. 469103
 4  Special Assistant United States Attorney
          333 Market Street, Suite 1500
 5        San Francisco, California 94105
          Telephone: (415) 977-8934
 6        Facsimile: (415) 744-0134
          E-Mail: Shea.Bond@ssa.gov
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BONNIE LYNN GORDON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 2:10-cv-01198-GGH <br><br> STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND, NINE HUNDRED DOLLARS, AND NO CENTS ($5,900.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: December 8, 2011        /s/Bess M. Brewer
                               *(As authorized via email)*

                               BESS M. BREWER
                               Attorney for Plaintiff

                               BENJAMIN B. WAGNER
                               United States Attorney

Dated: December 8, 2011   By:  /s/ Shea Lita Bond
                               SHEA LITA BOND
                               Special Assistant United States Attorney

IT IS SO ORDERED:

Dated: December 13, 2011

                                /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE